THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MILTON H. GREENE ARCHIVES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BPI COMMUNICATIONS, INC., WATSON-GUPTILL PUBLICATIONS, and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. **SACV 04-0635 GLT (MLGx)** <br><br> [~~PROPOSED~~] **JUDGMENT** <br><br> Location: Courtroom of the Honorable Gary L. Taylor <br><br> Courtroom: 10D |

On June 7, 2005, this Court entered its Order granting summary judgment in favor of defendant VNU Business Media, Inc. (erroneously sued as BPI Communications, Inc. and Watson-Guptill Publications) ("Defendant") and against plaintiff Milton H. Greene Archives, Inc. ("Plaintiff"), based on the Court's findings that Plaintiff does not own valid copyrights in any of the seven photographs at issue because each of the photographs was published without the requisite copyright notice and entered the public domain in the 1950s.

[PROPOSED] JUDGMENT
LAX 237274v1 51394-4

ACCORDINGLY, IT IS HEREBY ORDERED ADJUDGED AND DECREED:

1. That Judgment be entered against Plaintiff and in favor Defendant on each and every claim set forth in the Complaint;

2. That Plaintiff take nothing by the Complaint and that this action be dismissed on its merits;

3. That Defendant is the prevailing party in this action as defined by Federal Rule of Civil Procedure 56(d), Local Rule 54-2, and under 17 U.S.C. § 505, and that Defendant is entitled to recover its costs in the amount of $_____ ~~and its attorneys' fees in the amount of $_____~~ from Plaintiff.*

THE CLERK SHALL ENTER THIS FINAL JUDGMENT.

DATED: June 23, 2005

_____
The Honorable Gary L. Taylor
United States District Judge

* A motion for attorneys fees may be made.

Submitted on June 15, 2005 by:

DAVIS WRIGHT TREMAINE LLP
ANDREW J. THOMAS
JENNIFER L. BROCKETT
JANET L. GRUMER

By: _____
Andrew J. Thomas

Attorneys for Defendant
VNU BUSINESS MEDIA, INC.
(erroneously sued as BPI Communications, Inc. and Watson-Guptill Publications)

2

[PROPOSED] JUDGMENT
LAX 237274v1 51394-4

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax (213) 633-6899

PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On June 15, 2005, I served the foregoing document(s) described as:
**[PROPOSED] JUDGMENT**
by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Surjit P. Soni
The Soni Law Firm
55 S. Lake Avenue, Suite 720
Pasadena, CA 91101

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on June 15, 2005, at Los Angeles, California.

| | | |
|---|---|---|
| ☐ | State | I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. |
| ☑ | Federal | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |

Frank M. Romero          *(signature)*
Print Name                         Signature