# UNITED STATES DISTRICT COURT
### Central District of California

| | |
|---|---|
| Milton H. Greene Archives, Inc. | **BILL OF COSTS** |
| v. | Case Number: SACV 04-0635 AHS GLT (MLGx) |
| BPI Communications, Inc., et al. | Doc # 135   SEND FACE PAGE ONLY |

Judgment having been entered in the above entitled action on **6/28/05** against **Milton H. Greene Archives, Inc.**, the Clerk is requested to tax the following as costs:

| # | Item | Amount |
|---|---|---|
| 1 | Fees of the Clerk | $ n/a |
| 2 | Fees for service of summons and subpoena | 318.15 |
| 3 | Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) | |
| | 1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation | n/a |
| | 2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) | 10,155.90 |
| 4 | Fees and disbursements for printing (The costs of copies of an exhibit attached to a document necessarily filed and served.) | 902.70 |
| 5 | Fees for witnesses (itemize on page 2 of 3) (See Tab 5) | 920.66 |
| 6 | Fees for exemplification and copies of papers necessarily obtained for use in the case | n/a |
| 7 | Docket fees under 28 U.S.C. 1923 | n/a |
| 8 | Costs as shown on Mandate of Court of Appeals | n/a |
| 9 | Compensation of court-appointed experts | n/a |
| 10 | Compensation of interpreters and costs of special interpretation services | n/a |
| 11 | Other costs to be taxed pursuant to prior Court approval | |

LODGED JUL 13 2005 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA DEPUTY

\* PARTIES stipulate to this amount. Neither side will seek to retax costs.

TOTAL $ ~~12,297.41~~ **$ 6,924.28** \*

as a condition

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Surjit P. Soni

_/s/ Jennifer Brockett_
Signature of Attorney

Jennifer L. Brockett
Name of Attorney

For: **VNU Business Media, Inc.**
Name of Claiming Party

DOCKETED ON CM AUG 19 2005 BY 039

Costs are taxed in the amount of **$ 6,924.28** and included in the judgment.

**SHERRI R. CARTER**
Clerk of Court

By: _/s/ Robert Bolton_
Deputy Clerk  ROBERT BOLTON

Date: 8/19/05