| | |
|---|---|
| | Priority ✗ |
| | Send ✗ |
| | Enter ___ |
| | Closed ___ |
| | JS-5/JS-6 ___ |
| | JS-2/JS-3 ___ |
| | Scan Only___ |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.: <u>SA CV 04-0635 AHS (MLGx)</u>     Date: <u>September 14, 2005</u>

Title:   <u>Milton H. Greene Archives, Inc. v. BPI Communications, Inc., et al.</u>

================================================================
PRESENT: **HON. ALICEMARIE H. STOTLER, JUDGE (IN CHAMBERS)**

        <u>Ellen Matheson</u>              <u>Not Present</u>
        Deputy Clerk              Court Reporter

**ATTORNEYS PRESENT:** None present

**PROCEEDINGS:**   ORDER TAKING UNDER SUBMISSION MOTION OF DEFENDANT VNU FOR ATTORNEYS' FEES


      On July 18, 2005, defendant filed a motion for attorneys' fees. On September 6, 2005, plaintiff filed opposition. On September 12, 2005, defendant filed a reply. The matter is set for hearing on the Court's September 19, 2005 hearing calendar.

      The Court finds the matter appropriate for submission on the papers without oral argument. <u>See</u> Local Rule 7-15 (stating that the Court may dispense with oral argument on any matter unless otherwise required); Fed. R. Civ. P. 78. The matter is, therefore, removed from the Court's September 19, 2005 calendar.

      The clerk shall serve this minute order on counsel for all parties in this action.



MINUTES FORM 11                   INITIALS OF DEPUTY CLERK
CIVIL - GEN     HAW          D - M
S: \AHS\lhaw\Minute Orders\Milton H. Greene Archives, Inc. v. BPI Communications, Inc.7-15.attyfees.wpd